IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMAR OSBORNE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-3820-L** |
| | § | |
| BEACON HILL STAFFING GROUP, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the court is Defendant Strategic Legal Solutions' ("SLS") Motion to Dismiss (Doc. 41), filed January 2, 2014. Plaintiff Jamar Osborne ("Plaintiff") is proceeding *pro se* and *in forma pauperis*. This case was referred to Magistrate Judge Paul D. Stickney for pretrial management on September 19, 2013. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on April 15, 2014, recommending that, pursuant to Federal Rule of Civil Procedure 12(b)(2), the court grant Strategic Legal Solutions' Motion to Dismiss and dismiss Plaintiff's claims against SLS without prejudice. The court had not received any objections to the Report as of the date of this order.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **grants** Defendant Strategic Legal Solutions' Motion to Dismiss and **dismisses without prejudice** Plaintiff's action against SLS.

**It is so ordered** this 30th day of April, 2014.

                                                Sam A. Lindsay
                                                United States District Judge

**Order - Page 2**